# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN A. MONAGHAN, on behalf of himself and those similarly situated,<br><br>        Plaintiff,<br><br>    *vs*.<br><br>ABRAHAMSEN RATCHFORD, P.C. f/k/a THE LAW OFFICE OF EDWIN A. ABRAHAMSEN & ASSOCIATES, P.C.; EDWIN A. ABRAHAMSEN; MICHAEL F. RATCHFORD; JEFFERSON CAPITAL SYSTEMS, LLC and JOHN DOES 1 to 10,<br><br>        Defendants. | Case No. 2:15-cv-07112-KM-MAH<br><br>**STIPULATION OF DISMISSAL** |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), John A. Monaghan, Plaintiff, and defendants Abrahamsen Ratchford, P.C. f/k/a The Law Office Of Edwin A. Abrahamsen & Associates, P.C., Edwin A. Abrahamsen, Michael F. Ratchford, and Jefferson Capital Systems, LLC, hereby stipulate to and gives notice of dismissal of this action in its entirety, with prejudice as to plaintiff, and without prejudice as to the rights of the unnamed putative class members, except that the Court shall retain jurisdiction to enforce the terms of any agreement between the Parties.  Each party to bear their own costs and fees.

    **IT IS SO STIPULATED** this 25th Day of September 2016.

| | |
|---|---|
| *s/ Ross S. Enders* | *s/ Andrew T. Thomasson* |
| Ross S. Enders, Esq. | Andrew T. Thomasson, Esq. |
| SESSIONS, FISHMAN, NATHAN & ISRAEL LLC | STERN•THOMASSON LLP |
| 2303 Oxfordshire Road | 150 Morris Avenue, 2nd Floor |
| Furlong, PA 18925 | Springfield, NJ 07081-1329 |
| Telephone: (215) 794-7207 | Telephone: (973) 379-7500 |
| Facsimile:  (215) 794-5079 | Facsimile:  (973) 532-5868 |
| E-Mail: roenders@sessions.legal | E-Mail: andrew@sternthomasson.com |
| | |
| *Attorney for Defendants* | *Attorneys for Plaintiff, John A. Monaghan* |